No. 91-407

IN THE SUPREME COURT OF THE STATE OF MONTANA

1992

IN THE MATTER OF THE ESTATE OF

CESLAR LEE JONES, a/k/a LEE JONES,

Deceased.

*FILED*

*APR 21 1992*

*Ed Smith*

*CLERK OF SUPREME COURT*
*STATE OF MONTANA*

APPEAL FROM: District Court of the Tenth Judicial District,
In and for the County of Fergus,
The Honorable Peter L. Rapkoch, Judge presiding.


COUNSEL OF RECORD:

 For Appellant:

  Robert L. Johnson, Attorney at Law, Lewistown, Montana.

 For Respondent:

  Sarah Arnott Ozment, Attorney at Law, Livingston, Montana.


       Submitted on Briefs: February 20, 1992

           Decided: April 21, 1992

Filed:

_____
       Clerk

Justice Fred J. Weber delivered the Opinion of the Court.

Margaret Ann Monroe, former spouse of the decedent, filed a petition in behalf of the decedent's son, requesting a homestead allowance and a family allowance from the estate. The District Court, Tenth Judicial District, Fergus County, denied the request.

We have reviewed the record and conclude that petitioner has failed to raise genuine issues of material fact. We conclude that the District Court correctly granted summary judgment for the estate.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document with the Clerk of this Court and by a report of its result to the West Publishing Company.

Affirmed.

_____
Justice

We Concur:

_____
_____
_____
_____
Justices

2

April 21, 1992

## CERTIFICATE OF SERVICE

I hereby certify that the following order was sent by United States mail, prepaid, to the following named:

Robert L. Johnson
Attorney at Law
Ste. 507, Montana Bldg.
Lewistown, MT 59457

Sarah Arnott Ozment
Attorney at Law
P.O. Box 1160
Livingston, MT 59047

ED SMITH
CLERK OF THE SUPREME COURT
STATE OF MONTANA

BY: _____
    Deputy